# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2959
_____

GAYLON RAY LEMINGS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Suwannee County.
E. Bailey Browning, III, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Christina Day Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.